1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ERNESTO SOTO-GONZALEZ
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. 11-225 WBS
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER VACATING
13     v.                       ) DATE, CONTINUING CASE, AND
                                ) EXCLUDING TIME
14 KARINA JUAREZ,               )
   RAMIRO LOPEZ,                )
15                              ) Date:  Sept. 12, 2011
   ,                            ) Time:  8:30 a.m.
16              Defendants.     ) Judge: Honorable Judge Shubb

17 _____

18     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 MICHAEL ANDERSON, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel

20 for Defendant KARINA JUAREZ; Attorney CRIS COSCA, Counsel for RAMIRO LOPEZ;

21 that the status conference scheduled for August 29, 2011, be vacated and the

22 matter be continued to this Court's criminal calendar on September 12, 2011,

23 at 8:30 a.m, for further status.

24     This continuance is requested by the defense in order to permit

25 further client consultation concerning a possible plea agreement and

26 further negotiations with the prosecution.  The defense is also engaged

27 in ongoing investigation.

28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 12, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 25, 2011      /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            KARINA JUAREZ

Dated: August 25, 2011      /S/ Chris Cosca
                            CHRIS COSCA
                            Attorney for Defendant
                            RAMIRO LOPEZ

Dated: August 25, 2011      /S/ Michael Anderson
                            MICHAEL ANDERSON
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: August 25, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE