LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RAMIRO LOPEZ

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-225 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RAMIRO LOPEZ, | |
| Defendant. | |

## Stipulation

The parties, through the undersigned counsel, stipulate that the status conference scheduled for November 14, 2011 may be continued to December 12, 2011 at 9:30 a.m. Additional time is necessary for counsel to review and analyze discovery, conduct investigation, consider proposed plea agreements and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendant in a speedy trial.

///

- 1 -

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED: November 10, 2011    by:    /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
RAMIRO LOPEZ

DATED: November 10, 2011    by:    /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U. S. Attorney

## **ORDER**

**IT IS HEREBY ORDERED:** The status conference scheduled for November 14, 2011 is continued to December 12, 2011 at 9:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendants reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE